James C. MOORE and Luz B. Elfiki, Plaintiffs/Respondents,

v.

COMMONWEALTH LAND TITLE INSURANCE COMPANY, Defendant/Appellant.

No. ED 93150.

Missouri Court of Appeals, Eastern District, Division Three.

Feb. 23, 2010.

William L. Sauerwein, Trenton K. Bon, J. Adam Stockberger, Sauerwein, Simon & Blanchard, P.C., St. Louis, MO, for Appellant.

Steven M. Hamburg, Steven M. Hamburg, P.C., Clayton, MO, for Respondent.

Before GLENN A. NORTON, P.J., MARY K. HOFF, J., and LAWRENCE E. MOONEY, J.

ORDER

PER CURIAM.

Commonwealth Land Title Insurance Company appeals from the trial court's judgment entered upon a jury verdict in favor of James C. Moore and Luz B. Elfiki (collectively Homeowners) on Homeowners' Petition alleging breach of fiduciary duty and negligence [1].

We have reviewed the briefs of the parties and the record on appeal. No error of law appears. Rule 84.16(b)(5). An extended opinion reciting the detailed facts

1. Only the claim of breach of fiduciary duty was submitted to the jury.

and restating the principles of law would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth our reasons for the order affirming the trial court's award of summary judgment, pursuant to Rule 84.16(b).